UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MIGUEL ANGEL PLACIDO BAZAN and MARCELINO : 
MARTINEZ, *individually and on behalf of others* :
*similarly situated*, :
: 
                              Plaintiffs, :
:
    -against- :
:
LUNA ENTERPRISE LLC (D/B/A/ SOHPIE'S CUBAN :
CUISINE), SOPHIE'S RESTAURANT #3 LLC (D/B/A/ :
SOPHIE'S CUBAN CUISINE), SOFIA LUNA, JASON :
DOE, and LEILA DOE, :
:
                              Defendants. :
------------------------------------- x

ORDER APPROVING FLSA
SETTLEMENT

18 Civ. 5780 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (*See* ECF No. 36.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $18,000.00 is approved;

2. The request by Michael Faillace & Associates, P.C. for attorneys' fees and costs in the amount of $6,000.00, one-third (1/3) of the settlement amount, is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: December 10, 2018
New York, New York

SO ORDERED.

DEC 1 0 2018

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE